UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIO MILLER,

                         Plaintiff,                25-CV-4460 (VSB) (RWL)

      - against -

                                            **ORDER**

MARK E. HOLMES and VLF TRANSPORT, LLC,

                      Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As this case has been removed to this Court, counsel for Plaintiff shall put in an appearance by June 5, 2025. Defense counsel shall provide a copy of this order to Plaintiff's counsel by June 2, 2025.

                                                    SO ORDERED.

                                                    _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: May 30, 2025
       New York, New York

Copies transmitted this date to all counsel of record.