UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIO MILLER,

                  Plaintiff,                  25-CV-4460 (VSB) (RWL)

     - against -

                                     **ORDER**

MARK E. HOLMES and VLF TRANSPORT, LLC,

                  Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Defendant removed this case on May 28, 2025. Plaintiff in the case as filed in state court is represented by counsel, Ronald W. Solares of Fredson Statmore Bitterman, LLC. (Dkt. 1-1 at 1.) On May 30, 2025, the Court issued an order requiring Plaintiff to file an appearance by June 5, 2025 (the "Order"), and for Defendant to provide Plaintiff with a copy of that Order. (Dkt. 4.) Plaintiff did not appear. On June 9, 2025, the Court ordered that by June 12, 2025, Defendant file an affidavit of service of the Order on Plaintiff's counsel. (Dkt. 5.) On June 9, 2025, Defendant filed an affidavit of service of the Order on Plaintiff's counsel, attesting to service on June 2, 2025. (Dkt. 6.) Plaintiff still has not appeared. Accordingly, by **June 23, 2025**, defense counsel shall attempt to contact Plaintiff's counsel via the telephone number indicated on Plaintiff's filings (973-777-8600). By **June 30, 2025**, either (1) Plaintiff shall file an appearance, or (2) defense counsel shall file a status report.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 18, 2025
      New York, New York

Copies transmitted this date to all counsel of record.