UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIO MILLER,                                    :
                                                 :
                        Plaintiff,               :        25-CV-4460 (VSB) (RWL)
                                                 :
            - against -                           :
                                                 :                **ORDER**
                                                 :
MARK E. HOLMES and VLF TRANSPORT,                :
LLC,                                             :
                                                 :
                        Defendants.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The case management plan, which was filed on July 21, 2025, requires the parties

to file a joint status report every 90 days.  That time has long since expired, and no status

report has been filed.  Accordingly, the parties shall file a joint status letter by **March 3,**

**2026**.  Failure to timely file status reports in the future may result in sanctions.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1